McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARNAIL SINGH, | CV 07-CV-F-562 OWW DLB |
| Plaintiff, | |
| v. | |
| Michael Chertoff, et al. | **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE AN ANSWER AND ORDER** |
| Defendants. | |

Plaintiff has filed a complaint alleging that defendants have failed to timely process his application for naturalization, pursuant to 8 U.S.C. § 1447(b). Defendants respectfully inform the Court that plaintiff Singh's application is currently pending clearance by the Federal Bureau of Investigation. Under current protocol, all applications for naturalization are routed through the FBI for security checks, a process over which the named agency, Citizenship and Immigration Services has no control. Once the FBI has completed the security checks, CIS resumes the processing of the application in the most expedited manner possible.

Because plaintiff's application is currently pending at the FBI, defendants request an

extension of time in which to either file an answer to the complaint or a motion to remand to the agency with instructions to complete adjudication of the application.  An expedite request has been placed with the FBI.  Defendants expect this expedited security check to be completed within an additional 60 days, and therefore request an extension until August 10, 2007.  This is defendants' first request for an extension in this case.

Dated: June 11, 2007                                         Respectfully Submitted,

                                                             McGREGOR W. SCOTT
                                                             United States Attorney


                                            By:    /s/Audrey Hemesath
                                                   Audrey B. Hemesath
                                                   Assistant U.S. Attorney
                                                   Attorneys for the Defendants


ORDER

   Pursuant to this Motion for an Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on August 10, 2007.


IT IS SO ORDERED.

**Dated:   June 12, 2007**                        /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE