McGREGOR W. SCOTT
United States Attorney
ADA E. BOSQUE
Department of Justice
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (202) 514-0179

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARNAIL SINGH,  )<br>        )<br>    Plaintiff,   )<br>        )<br>    v.   )<br>        )<br>Michael Chertoff, Secretary of Homeland   )<br>Security, et al.   )<br>        )<br>    Defendants.   )<br>_____ ) | No. 07-CV-F-562-OWW-DLB<br><br>JOINT STIPULATION AND ORDER |

This is an immigration case in which plaintiff alleges that defendants have delayed in the adjudication of plaintiff's Application for Naturalization, and seeks a *de novo* determination of that Application pursuant to 8 U.S.C. § 1447(b). The matter is now ripe for administrative adjudication. Accordingly, and in lieu of defendants' motion to remand, the parties stipulate that the case be remanded with instructions to the United States Citizenship and Immigration Services to adjudicate the application within 60 days from the date of the order of remand.

                                                Respectfully submitted,

Dated: August 1, 2007                           /s/ Ada E. Bosque
                                                Ada E. Bosque
                                                Special Assistant United States Attorney


                                                /s/ James M. Makasian
                                                James M. Makasian
                                                Counsel for Plaintiff

**ORDER**

 For the reasons set forth in the Joint Stipulation, the case is remanded to United States Citizenship and Immigration Services pursuant to 8 U.S.C. § 1447(b) with instructions to adjudicate the Application for Naturalization within 60 days from the date of the order of remand.

IT IS SO ORDERED.

**Dated:**   **August 27, 2007**　　　　　　　　　　　／s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE